JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RIC'S MEDICAL PLAZA PHARMACY, a business of unknown form; ARMANDO FRANCO AND ANNA A. FRANCO, husband and wife as joint tenants; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-02232-MWF-SPx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Ric's Medical Plaza Pharmacy, Armando Franco and Anna A. Franco ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 27, 2019

_____
UNITED STATES DISTRICT COURT JUDGE